# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Ervin L Streater,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                            3:08cv518

Margaret Haines et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/9/09 Order.

Signed: January 9, 2009

Frank G. Johns, Clerk
United States District Court